COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Mark Trimble, Individually and as Assignee for I.B. and Mildred
                         Henderson v. Federal National Mortgage Association

Appellate case number:   01-15-00921-CV

Trial court case number: CV-0074257

Trial court:             County Court at Law No. 2, Galveston County

The appellate record was due in the above-referenced appeal on December 14, 2015. The clerk's record was filed on November 12, 2015. On December 17, 2015, the Clerk of the Court notified appellants that the court reporter had informed the Court that appellants had not paid, or made arrangements to pay, the reporter's fee for preparing the record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellants that unless, on or before January 19, 2016, they filed proof that they had paid, or had made arrangements to pay, the reporter's fee for preparing the record, the Court may consider and decide those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record). Appellants did not respond. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

Appellants' brief must be filed **no later than 30 days after the date of this order**.

Appellee's brief will be due within 30 days after appellants' brief has been filed.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                    ☒  Acting individually


Date:  March 17, 2016